# UNITED STATES DISTRICT COURT

for the

Southern District of TEXAS

Corpus Christi Division

United States Courts Southern District of Texas FILED

May 09, 2022

Nathan Ochsner, Clerk of Court

Lawrence Cruz
Complete Home Repair

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Aransas Pass Police

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Y

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Lawrence Cruz
Complete Home Repair

versus
Aransas Pass Police
600 W. Cleveland Blvd
Aransas Pass Texas

§ § § § § § §

CIVIL ACTION NO. ____________

DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Lawrence Cruz Complete Home Repair

Address: 211 N. Arch St Aransas Pass tx. 78336

County of Residence: San Patricio

3. The defendant is: Aransas Pass Police

Address: 600 W. Cleveland Blvd Aransas Pass TX 78336

☒ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

with the Equal Opportunity Commission.

on the date of ____________, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☒ race

(b) ☐ color

(c) ☐ sex

(d) ☐ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☐ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☒ other: FABRICATED CRIMINAL CHARGES USED FRAUDULENT PROTECTIVE ORDERS INTENTIONAL TORT

7. When and how the defendant has discriminated against the plaintiff:

OVER A 4 YEAR PERIOD THRU ENTIRE DURATION TWO FEDERAL DISASTERS IN WHICH I WAS PROTECTED (ROBERT T STAFFORD ACT)

8. The plaintiff requests that the defendant be ordered:

(a) ☒ to stop [illegible] the plaintiff

(b) ☐ to employ the plaintiff STOP HARRASSING THE PLAINTIFF.

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LAWRENCE CRUZ US ARMY vet
Address: Complete Home REPAIR
ARANSAS pass (City) TX (State) 78336 (Zip Code)
County: SAN PATRICIO COUNTY
Telephone Number: 361 332 0419
E-Mail Address: LAWRENCE CRUZ358@Gmail.Com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: SGt ARON JONES
Job or Title *(if known)*: SUPERVISOR ARANSAS PASS Police
Address: 600 W. CLEVELAND BLVD
ARANSAS pass (City) TX (State) 78336 (Zip Code)
County: SAN PATRICIO
Telephone Number: 361 758 5224
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: OFFICER GARRISON
Job or Title *(if known)*: ARANSAS PASS Police
Address: 600 W. Cleveland BLVD
ARANSAS PASS (City) TX (State) 78336 (Zip Code)
County: SAN PATRICIO
Telephone Number: 361 758 5224
E-Mail Address *(if known)*:

☐ Individual capacity ☒ Official capacity

Defendant No. 3

Name: OFFicer AVilA

Job or Title (if known): ATRANSAS PASS police

Address: 600 W. Cleveland

ARASAS PASS TX 78336

City State Zip Code

County: SAN PATRIO

Telephone Number: 361 758 5224

E-Mail Address (if known):

☐ Individual capacity ☒ Official capacity

Defendant No. 4

Name: OFFICER A. CRUZ

Job or Title (if known): ARANSAS PASS Police

Address: ARANSAS PASS TX 78336

City State Zip Code

County: SAN PATRICIO COUNTY

Telephone Number: 361 758 5224

E-Mail Address (if known):

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Wrongful Imprisonment THEFT OF FEDERAL FUNDS
DEPRIVATION OF PROPERTY

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4th Fifth 5th 6th amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

All Events Took Place 211 N. Arch ST Aransas Pass tx. 78336

B. What date and approximate time did the events giving rise to your claim(s) occur?

AUG 2017 TO Present DAY
Entire Duration Two Federal Disasters

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS Targeted BY ARANSAS PASS Police
300+ Harrassment visits
who Assisted mexican mafia members
All violations OF Robert T. STAFFORD Act.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Multiple Injuries
OFFicer Garrison, Beat me while Handcuffed
in Booking on False Criminal Charges
she and Officer Avila applied
44 Physical Altercations w/ mexican mafia
From Aransas Pass & Houston Texas
using Fraudulent protective orders

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Loss of wages
Theft of Business Equipt
Theft of Federal & State Fund unlawfully
Approated By Officer Andrew Cruz
Theft of All personal property
Return of All Legal Fees. Bail
& Related Costs

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 29 APRIL 2022

Signature of Plaintiff [signature]

Printed Name of Plaintiff LAWRENCE CRUZ

### B. For Attorneys

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* *State* *Zip Code*

Telephone Number __________

E-mail Address __________

# PRAYER FOR RELIEF

Wherefore. Plaintiff Requests The Following Relief:

A Money Award Judgment Entered Against Defendant For 950.000.00 in economic Damages And Non economic Damages A money Award For Plaintiff Cost And Dispursement Associated with this Action

Repair To Damaged Property

Removal OF Fraudulent Criminal Charges From AUG 2017 Till Present

Repay 17000.00 Federal & State Funds

Re Instate Drivers License

Repair Credit

AND Any AND All other relief the Court Deems Just & reasonable

Respectfully Submitted
April 29, 2022

[signature]

LAWRENCE CRUZ
Plaintiff pro se
211 N. Arch St
Aransas Pass tx.
78336
361 332 0419
LawrenceCruz358@Gmail.com

I LAWRENCE CRUZ. Complete Home REPAIR 211 N. ARCH ST ARANSAS PASS TEXAS 78336 361 3320419
LawrenceCruz358@Gmail.Com

I DO SWEAR UNDER the Penalty OF PERJURY. All Events Took place @ 211 N. Arch ST Aransas PASS TX. 78336 THAT I WAS AN active CONTRACTOR ASSISTING IN A presidential Declared Disaster (HARVEY) AND # 4586 A DISASTER SURVIVER Active with FEDERAL EMERGENCY MANAGEMENT AGENCY FEMA RECEIVING Disaster Assistance AND UNDER THE Protection OF THE ROBERT T STAFFORD DISASTER Relief Act

[signature]
29 APRIL 2022

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi DIVISION

Lawrence Cruz
Complete Home repair

versus

Aransas Pass Police
600 W. Cleveland Blvd
Aransas Pass TX 78336

CIVIL ACTION NO. ____________

ORIGINAL COMPLAINT

① Police misconduct entire Duration 2 Federal Disasters

② False Arrest wrongful Imprisonment

③ Assisting in the theft $17000 seventeen Thousand in Federal & State Disaster assista

④ using Fraudulent protective orders
→Protecting Known Mexican Mafia membe

⑤ Protecting Alfred Rodriguez who Commite
→Intentional Federal & State Disaster Fraud

⑥ Refusing To File Lawrence Cruz Complaint

All violations Robert + Stafford Act (Disaster survivers)

⑦ Providing safe Passage For Mexican

Continued: Complaint

Mafia members Dispatched From Houston

(8) Fabricating Criminal Charges Related to Fraudulent protective Order

(9) Using Alfredo Rodriquez photo To Convict me of DWI & Revoke License

(10) The Theft of All contractor Equipt All Materials All personal property

(11) Identity Theft.

(12) Intentional Tort

FBI Houston

DHS Dept Homeland security

FEMA Fraud & Investagations

US Secrete service

US Dept of Justice

Have Assisted Lawrence Cruz US Army Vet / Contractor

United States District Court
Southern District of Texas

Plaintiff
Lawrence Cruz
Complete Home Repair
vs.
Aransas Pass Police
and officers in official capicity
Defendants

Jurisdiction This Court has original Jurisdiction of this Federal complaint: At all times material to this Complaint plaintiff is a resident of San Patricio County Texas.

The Defendants Aransas Pass Police is a Govermental organization operating in the City of Aransas Pass, County of San Patricio, State of Texas and all events happened @ 211 N. Arch St Aransas Pass tx. 78336