United States District Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LAWRENCE CRUZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:22-CV-00103 |
| ARANSAS PASS POLICE, *et al.*, | | |
| Defendants. | | |

### FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation to Dismiss Case (D.E. 24), the Court enters final judgment dismissing this action with prejudice.

ORDERED on August 4, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE